IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN  DIVISION

NICIE SMITH AND
NANCY(SMITH) VAN DALSEN                                                                PLAINTIFFS

V.                               CASE NO.  4:11CV00743 JMM

ST. VINCENT INFIRMARY, ET AL.                                                          DEFENDANT

JUDGMENT

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that

Plaintiffs's Complaint is dismissed with prejudice.

IT IS SO ORDERED THIS   2    day of   November  , 2011.


_____
**James M. Moody**
**United States District Judge**